UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EL-AMIN MUHAMMAD, et al., | Case No. 1:16-cv-276 |
| Plaintiff-Petitioner, | HON. ROBERT HOLMES BELL |
| vs. | U.S. MAGISTRATE JUDGE RAY KENT |
| DETECTIVE K.A. NEHER, DETECTIVE JOHN DOE TRANSPORT OFFICERS FOR NORTON SHORES POLICE DEPARTMENT, NORTON SHORES POLICE DEPARTMENT, JSP OFFICER JOHN DOE REPORTING OFFICER, NORTON SHORES OFFICER JOHN DOE ALTERNATE TRANSPORT OFFICER, et al., | |
| Defendants. | |

_____/

| | |
|---|---|
| EL-AMIN MUHAMMAD #242898<br>Plaintiff-Petitioner In Pro Per<br>E.C. Brooks Correctional Facility<br>2500 S. Sheridan Dr.<br>Muskegon Heights, MI 49444<br><br>**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**<br>**ALLAN C. VANDER LAAN** (P33893)<br>Attorneys for Defendant "Unknown Harrison" [sic Hairston]<br>851 Charlevoix Dr. S.E., Ste. 327<br>Grand Rapids, MI 49546<br>(616) 975-7470<br>avanderlaan@cmda-law.com | Michael S. Bogren (P34835)<br>Robert A. Callahan (P47600)<br>David K. Otis P31627<br>Attorney for Defs. Kyle A. Neher and Norton Shores Police Department<br>PLUNKETT CIOONEY<br>950 Trade Centre Way, Suite 310<br>Portage, MI 49002<br>269-226-8822<br>mbogren@plunkettcooney.com<br><br>David K. Otis P31627<br>Attorney for defendants Kyle A. Neher, Norton Shores Police Department<br>**Plunkett Cooney**<br>325 E Grand River Ave Ste 250<br>East Lansing, MI 48823-4356<br>(517) 324-5612<br>dotis@plunkettcooney.com |

_____/

**BRIEF IN REPLY TO PLAINTIFF'S "MOTION TO STRIKE OPPOSITION PLEADINGS" (ECF NO. 35) AND ASSOCIATED AFFIDAVITS (ECF NOS. 36 AND 37)**

## **INDEX OF AUTHORITIES**

**Cases**

***Bey v. Butzbaugh***, No. 1:13-CV-1173, 2014 W.L. 5149931 (W.D. Mich. Oct. 14, 2014).......... 2

***Colar v. Heyns***, No. 1:12-CV-1269, 2013 W.L. 141138 (W.D. Mich. Jan. 11, 2013) ................ 2

***El v. Americredit financial Services, Inc.***, 710 F.3d 748 (7th Cir. 2013) ..................................... 2

***U.S. v. Benabe***, 654 F.3d 753 (7th Cir. 2011) ................................................................................ 2

**Rules**

Fed. R. Civ. P. 12(b)(6) and 14-1) ............................................................................................. 1, 2

L.R. 7.2(c) ....................................................................................................................................... 1

**ARGUMENT IN REPLY**

On August 31, 2016, this Court received submissions by Plaintiff Muhammad now designated as ECF Nos. 34-40. The date of signature indicated by Plaintiff Muhammad on each submission is August 29, 2016.

As best as can be discerned, ECF No. 35 ("*Plaintiff's Motion to Strike Opposition Pleadings*"), together with the Affidavits ECF Nos. 36 and 37, is an untimely response by Plaintiff Muhammad against the July 20, 2016 motion by Defendant Harrison [sic Hairston] (ECF Nos. 14 and 14-1) seeking dismissal of Plaintiff Muhammad's claims under Fed. R. Civ. P. 12(b)(6). Under this Court's rules, Plaintiff Muhammad had 28 days to file his response opposing Defendant Harrison's motion - - i.e., until August 17, 2016. **L.R. 7.2(c)**. Rather than respond to the substance of Defendant Harrison's motion in a timely fashion, Plaintiff Muhammad devoted his energy to a pair of frivolous motions to strike all pleadings filed by Defendant Harrison's attorney. **(ECF Nos. 20, 21, 26)**. In and of itself, this untimeliness provides reason for this Court to ignore Plaintiff Muhammad's August 31, 2016 filings with regard to Defendant Harrison.

Moreover, even indulging the substance of Plaintiff Muhammad's new submissions, their frivolous nature is obvious. These submissions make manifest that Plaintiff Muhammad has been influenced by "sovereign citizen" ideology - - e.g., his emphasis to identify himself as "*a private person, a living soul . . . upon the land of Michigan, a Republic in the County of Muskegon*" **(ECF No. 36, Pg ID 234, ECF No. 37, Pg ID 247)**, and his strange amalgamation of commerce/contract law with "*admiralty*" and "*maritime*" law, particularly Rule C dealing with *in rem* actions to enforce maritime liens. **(ECF No. 35, Pg ID 238, ECF No. 36, Pg ID 243, ECF No. 37, Pg ID 247-8)**. This influence is seen also in Plaintiff Muhammad's threat that he will be "*issuing pleadings to the court*" naming the various Defendants' attorneys as "*third-party Defendants in*

*this case*" and subjecting those attorneys to subpoena.  **(ECF No. 36, Pg ID 244 and ECF No. 38, Pg ID 255-6)**.

The federal judiciary is well acquainted with the "sovereign citizen" ideology asserted in various contexts (e.g., taxation and enforcement of criminal law).  See ***El v. Americredit Financial Services, Inc.***, 710 F.3d 748, 750-1 (7th Cir. 2013), ***U.S. v. Benabe***, 654 F.3d 753, 766-7 (7th Cir. 2011), ***Colar v. Heyns***, No. 1:12-CV-1269, 2013 W.L. 141138, at *3-4 (W.D. Mich. Jan. 11, 2013). **(Ex A)**.  This Court in particular has rejected as nonresponsive conclusory ideological assertions that failed to address the substance of the issues actually before the Court.  See ***Bey v. Butzbaugh***, No. 1:13-CV-1173, 2014 W.L. 5149931, at *4 (W.D. Mich. Oct. 14, 2014) **(Ex B)**..

Nothing in the "motion to strike" and affidavits belatedly submitted to this Court by Plaintiff Muhammad presents a genuine, substantive argument against the bases for dismissal presented by Defendant Harrison's pending motion seeking dismissal under Fed. R. Civ. P. 12(b)(6).  **(ECF Nos. 14 and 14-1)**.  Defendant Harrison's motion should be granted - - and Plaintiff Muhammad's multiple "motions to strike" should all be denied.

> s/ Allan C. Vander Laan_____
> Cummings, McClorey, Davis & Acho, P.L.C.
> 851 Charlevoix Dr. S.E., Ste. 327
> Grand Rapids, MI 49546
> Ph: (616) 975-7470
> P33893
> avanderlaan@cmda-law.com

Dated: September 7, 2016

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2016, I electronically filed the foregoing paper with the Clerk of the Court, using the ECF system which will send notification of such filing to all attorneys of record. I have mailed by United States Postal Service the paper to the following non-ECF participants: El-Amin Muhammad #242898 at E.C. Brooks Correctional Facility, 2500 S. Sheridan Dr., Muskegon Heights, MI 49444.

> s/ Karla Marsman_____
> Karla Marsman
> Legal Assistant to Allan C. Vander Laan