# 1

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL - PRISONER)**

4835-3318
CSJ-318   05/02

Please PRINT clearly illegible and/or incomplete forms will not be processed.

Lock: M101L
Institution: LMF

Prisoner Number: 242898
Prisoner Name (Print Clearly): [illegible handwriting]

☑ Legal Postage    ☐ Filing Fee $_____    ☐ Certified Mail (Must Be a Court Ordered Requirement)
☐ New Case        ☑ Case Number 1:16-cv-276

Pay To: Kent [illegible]
Mailing Address: Office of the Clerk U.S. District Court / [illegible]
U.S. Federal Bldg. / [illegible Report for Admission fee]
410 W. Michigan Ave. / [illegible]
Kalamazoo, Mich 49007 / [illegible]

**The following section must be completed in Authorizing Staff Member's presence.**

Prisoner Signature: [signature]    Date & Time Submitted: [illegible]
Received By (Print Name & Title): [illegible]    Staff Signature: [signature]
Date & Time Received by Authorizing Staff: [illegible]

**Authorization Denied:**

☐ Does not meet definition of legal mail or court filing fee as identified in CFA OP 05.03.118.
☐ Not hand delivered to authorizing staff member.    ☐ New case or case number not on form.
☐ Does not include court order for handling as certified mail.    ☐ Other _____
☐ Prisoner refused to sign & date in staff member's presence.

*Section below to be completed by Mail Room Staff*

Placed in Mail by (Print Name & Title): _____    Signature: _____
Postage Amount: $ _____    Date & Time placed in outgoing Mail: _____

*Only Business Office Staff are to Write in the Section Below*

| Obligation Amount | Actual Expense | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☐ Court filing Fee Denied due to NSF.

Date Posted: _____
Date & Time Copy Sent to Prisoner: _____

Processed By (Print Name & Title): _____    Signature: _____

DISTRIBUTION:   White - Prisoner Accounting   Canary - Prisoner   Pink - Counselor's File   Goldenrod - Prisoner