# EXHIBIT A

| Authority: 1949 PA 300, Sec 257.622<br>Compliance: Required    MSP UD-10E<br>Penalty: $100 and/or 90 days (Rev 11/2006) | | External #<br>187580 | Crash ID | Page 1<br>Incident # 61632114   File Class : 93001 |
|---|---|---|---|---|

# STATE OF MICHIGAN TRAFFIC CRASH REPORT

| | | | Incident Disposition<br>Closed |
|---|---|---|---|
| ORI:<br>MI4106100 | Department Name<br>Michigan State Police Rockford | | Reviewer<br>Sergeant CHARLES BARTLEY (343) |

| Crash Date<br>08/01/2014 | Crash Time<br>11:15 | No. of Units<br>01 | Crash Type<br>Other, Unknown | Special Circumstances<br>○None     ○Deer<br>○School Bus  ○Hit and Run  ○Fleeing Police | Special Checks<br>○ Fatal  ○ Non-Traffic Area  ○ ORV/Snowmobile |
|---|---|---|---|---|---|

| County<br>41 - KENT | Traffic Control<br>None | Relation to Roadway<br>On Road | Special Study<br>None | Weather<br>Clear | Area<br>06 - All other freeway areas | | |
|---|---|---|---|---|---|---|---|
| City/Twsp<br>13 - LOWELL TWP | Construction Zone (if applicable)<br>Type | Lane Closed | Activity | Light<br>Daylight | Road Condition<br>Dry | Total Lanes<br>02 | Speed Limit<br>70 | Posted<br>Yes |

**LOCATION**

| Prefix<br>W | Road Name<br>I-96 | Road Type<br>FRY | Suffix | Divided Roadway |
|---|---|---|---|---|
| Distance (ft.)<br>0.6 Miles E | | Traffic Way<br>03 - Divided Hwy with barrier | Access Control<br>02 - Full access control | |
| Prefix | Intersecting Road<br>M-50 | Road Type | Suffix | Divided Roadway |

| Unit Number<br>01 | Unit Known<br>Yes | State<br>MI | Driver License Number<br>6427 | Date of Birth (Age) | License Type<br>● Operator  ○Cycle<br>○Chauffer  ○Farm<br>○Moped    ○Recreation | Sex<br>M | Total Occupants<br>03 | Hazardous Action<br>00 - None |
|---|---|---|---|---|---|---|---|---|

| Unit Type<br>MV | Driver Information<br>MICHAEL DALE KASHER<br>4814 S HENRY ST<br>NORTON SHORESUSKEGON MI 49441   (231)733-2691 | Injury<br>O | Position<br>01 | Restraint<br>04 | Hospital<br>None |
|---|---|---|---|---|---|

| Driver Condition<br>● 1  ○2  ○3  ○4  ○5  ○7  ○8  ○9  ○99 | Interlock<br>No | Ejected | Trapped | Airbag Deployed<br>No | Ambulance<br>None |
|---|---|---|---|---|---|

| Alcohol<br>○Yes   ● No    ○Refused  ○Not Offered<br>Test Type  ○Field   ○PBT     ○Breath  ○Blood   ○Urine | Test Results | Drugs<br>○Yes    ● No<br>Test Type ○Blood   ○Urine | Test Results | Citation Issued<br>○Hazardous      ○Other | | |
|---|---|---|---|---|---|---|

| Vehicle Registration<br>059X270 | State<br>MI | Insurance/Policy #<br>MICH MUNICIPAL LEAGUE/797920101 | Towed To/By #<br>NONE | Special Vehicles<br>1 | Private Trailer Type | Vehicle Defect |
|---|---|---|---|---|---|---|

| VIN<br>1FAHP2MK6DG198172 | Vehicle<br>Description | Make<br>FORD | Model<br>TAURUS | Color<br>BLK | Year<br>2013 | Vehicle Type<br>Passenger Car, SUV, Van |
|---|---|---|---|---|---|---|

| Location of<br>Greatest Damage  02 | First Impact<br>02 | Extent of Damage<br>03 | Driveable<br>Yes | Vehicle Direction<br>W | Vehicle Use<br>08 - Other Government Use | Action Prior<br>01 - Going Straight Ahead |
|---|---|---|---|---|---|---|

| Sequence of Events | First | Second | Third | Fourth |
|---|---|---|---|---|
| (● indicates MOST harmful event) | ● 20 - Animal | | | |

**PASSENGERS**

| Passenger Information<br>KYLE ANDREW NEHER<br>4814 S HENRY ST<br>NORTON SHORES MI 49441   (616)733-2691 | Date of Birth (Age) | Sex<br>M | Position<br>03 | Restraint<br>04 | Hospital<br>None |
|---|---|---|---|---|---|
| | Injury<br>O | Airbag Deployed<br>No | Ejected | Trapped | Ambulance<br>None |

| Passenger Information<br>ELAMIN MUHAMMAD<br>6827 TERRA COTTA DR SE<br>CALEDONIA MI 49316 | Date of Birth (Age) | Sex<br>M | Position<br>06 | Restraint<br>04 | Hospital<br>None |
|---|---|---|---|---|---|
| | Injury<br>O | Airbag Deployed<br>Not equipped | Ejected | Trapped | Ambulance<br>None |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

**CARRIER**

| Carrier Information | Carrier Source | GVWR | ICCMC | USDOT | MPSC |
|---|---|---|---|---|---|
| | Driver's CDL Type | Endorsements<br>○H  ○P  ○T<br>○N  ○S  ○X | CDL Exempt<br>○Farm<br>○Other | CDL Restrictions<br>○28 ○29 ○30 ○35 ○36 | |
| Interstate/Intrastate | Vehicle Type | Type and Axle Per Unit<br>First   Second   Third   Fourth | Cargo Body Type | Medical Card | Hazardous Material<br>○Placard  ○Cargo Spill | ID #  Class # |

**OWNER**

| Owner Information<br>NORTON SHORES PD<br>4814 S HENRY ST<br>NORTON SHORES MI 49441   (231)733-2691 | Owner Information |
|---|---|

| Person Advised of Damaged Traffic Control<br>Contact Name :<br>Contact Date :<br>Contact Time : | Damaged Property | Public |
|---|---|---|
| | Owner and Phone | |

*(right margin vertical text)* 08/01/2014   61632114

| Unit Number | Unit Known | State | Driver License Number | Date of Birth(Age) | License Type | Endorsements | Sex | Total Occupants | Hazardous Action |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ○Operator ○Chauffer ○Moped | ○Cycle ○Farm ○Recreation | | | |

| Unit Type | Driver Information | | | | Injury | Position | Restraint | Hospital |
|---|---|---|---|---|---|---|---|---|

| Driver Condition | | | | | Interlock | Ejected | Trapped | Airbag Deployed | Ambulance |
|---|---|---|---|---|---|---|---|---|---|
| ○1  ○2  ○3  ○4  ○5  ○6  ○7  ○8  ○9  ○99 | | | | | | | | | |

| Alcohol | | | | Test Results | Drugs | | | Test Results | Citation Issued | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes No Refused Not Offered | Test Type Field PBT Breath Blood Urine | | | | Yes No Test Type Blood Urine | | | | Hazardous | Other | |

| Vehicle Registration | State | Insurance/Policy # | | Towed To/By # | | | Special Vehicles | Private Trailer Type | Vehicle Defect |
|---|---|---|---|---|---|---|---|---|---|

| VIN | | Vehicle Description | Make | Model | Color | | Year | Vehicle Type |
|---|---|---|---|---|---|---|---|---|

| Location of Greatest Damage | First Impact | Extent of Damage | Driveable | Vehicle Direction | Vehicle Use | | Action Prior |
|---|---|---|---|---|---|---|---|

| Sequence of Events | First | Second | Third | Fourth |
|---|---|---|---|---|
| (● indicates MOST harmful event) | | | | |

**PASSENGERS**

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint | Hospital |
|---|---|---|---|---|---|
| | Injury | Airbag Deployed | Ejected | Trapped | Ambulance |

**CARRIER**

| Carrier Information | Carrier Source | GVWR | ICCMC | USDOT | MPSC |
|---|---|---|---|---|---|

| | Driver's CDL Type | Endorsements ○H ○P ○T ○N ○S ○X | CDL Exempt ○Farm ○Other | CDL Restrictions ○28 ○29 ○30 ○35 ○36 |
|---|---|---|---|---|

| Interstate/Intrastate | Vehicle Type | Type and Axle Per Unit First Second Third Fourth | Cargo Body Type | Medical Card | Hazardous Material ○Placard ○Cargo Spill | ID # | Class # |
|---|---|---|---|---|---|---|---|

**OWNER**

| Owner Information | Owner Information |
|---|---|

| Witness Information | Witness Information |
|---|---|

| Investigated at Scene: Yes | Reported Date (Time) 08/01/2014 (11:15) | 1st Investigator Name (Badge) Trooper KURT EHRKE (1632) | 2nd Investigator Name (Badge) | Photo By |
|---|---|---|---|---|

**Narrative**

#1 was WB and hit deer.

**Diagram**

I-96 WB

External #: 187580
Incident #: 61632114

08/01/2014
61632114