# EXHIBIT 1

## City of Norton Shores
## Vehicle Accident/Incident Report

| Employee | Date of Accident | Time |
|---|---|---|
| Michael D Kasher | 08/01/2014 | 1130 |

| Location of Accident |
|---|
| w/b I96 at Lowell exit |

| VIN # | Make/Model | Year |
|---|---|---|
| 1FAWP2MK60G198172 | Ford Unit 70 | 2013 |

| Was Police report made? | ☒ Yes ☐ No | If yes, what agency? | M.S.P. - Rockford |

**Driving Conditions: Check all that apply**

| ☒ Clear | ☐ Cloudy | ☐ Rain | ☐ Fog |
| ☐ Snow | ☐ Day | ☐ Dark | ☐ Street Lights |
| ☐ Dawn | ☐ Dusk | ☐ Dry | ☐ Wet |
| ☐ Other | | | |

**Description of Accident:** Please describe the accident in detail, include number of vehicles involved, name of passengers, injuries, witnesses, etc.

On August 1, 2014 at around 0930 hrs me and Det Kyle Neher went to the Ionia County Jail to pick up a prisoner and transport him back to Muskegon County Jail to be arrainged on a warrant.

On August 1, 2014 at around 1110 hrs I was driving Unit 70, a fully marked Norton Shores Police Cruiser going w/b on I-96 just east of the Lowell exit. I was driving; Det Kyle Neher was in the front passenger's seat and the prisoner (Elamin Muhammad) was in the back passsnger seat right behind Det Kyle Neher. I was travelling w/b I-96 going about 75-76 MPH in a posted 70 MPH zone, I was traveling in the left lane when a grown doe ran across the roadway coming from my right side. I put on the brakes but was unable to stop and the deer was struck.

All passenger's were ok and all passengers had their seatbelts on.
The Michigan State Police were called to investigate and take an accident report. Trooper Kurt Bhrke of the Rockford post came to the scene and investigated the accident. There were no reported injuries, their complaint #61-6321-14. Crash Report Serial Number is #189580.

**Damage to City Vehicle** - include pictures if available

1. Front hood of car
2. Front right corner panel
3. Front right head light and turn signal

The signatures below signify that this report has been reviewed and any changes noted and initialed.

| Employee | Date | Supervisor | Date |
|---|---|---|---|
| [signature] | 8-1-14 | [signature] | 8/1/14 |
| Department Head | Date | Personnel Director | Date |
| City Administrator | Date | | |