UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EL AMIN MUHAMMAD,

    Plaintiff,

v.

KYLE A. NEHER, *et al.*,

    Defendants.
_____/

Case No. 1:16-cv-276

Hon. Janet T. Neff

**ORDER**

This is a *pro se* civil rights action brought by a state prisoner. This matter is now before the Court plaintiff's "Amended motion applying for injunctive relief against the "person" as to official capacity as to Detective Kyle A. Neher and Detective Michael D. Kasher under color of state law for the deprivation of plaintiff [sic] 8th Amendment protected constitutional federal right pursuant to F.R.C.P. Rule 65(a) and the Norton Shores Police Department" (ECF No. 142). Plaintiff's motion (dated April 19, 2018) was filed in violation of the Court's order which stayed the proceedings on April 18, 2018. *See* Order (ECF No. 139, PageID.914) (ordering "that all proceedings in this case are STAYED pending further order of the Court"). For this reason alone, the motion will be denied. In addition, plaintiff's motion is improper because he asks the Court to enter a preliminary injunction ordering defendants Neher and Kasher to pay him $2,000,000.00 in damages. "As a general rule, a movant has not established irreparable harm where damages would adequately compensate the movant for the asserted harm." *Performance Unlimited, Inc. v. Questar Publishers, Inc.*, 52 F.3d 1373, 1382 (6th Cir. 1995) (internal quotation marks omitted). Accordingly, plaintiff's motion (ECF No. 142) is **DENIED**.

1

**IT IS SO ORDERED**.

\
Dated:  March 4, 2019                                    /s/ Ray Kent
                                                         United States Magistrate Judge